Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| MARGARITA COTTO NÚÑEZ<br><br>Peticionaria<br><br>Vs.<br><br>JULIO RAMOS BÁEZ, WILFREDO RAMOS BÁEZ, ÁNGEL LUIS RAMOS BÁEZ, MARÍA ISABEL RAMOS BÁEZ, YAMILCA RAMOS BÁEZ, MIEMBROS DE LA SUCESIÓN DE SIXTA CEDEÑO<br><br>Recurridos | KLCE202400929 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso Núm. CG2023CV03549<br><br>Sala: 701<br><br>Sobre: Procedimiento Especial Expedito de Expediente de Dominio, Reanudación de Tracto y Usucapión (Ley Núm. 118-2022) |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de septiembre de 2024.

Considerado el recurso de *Certiorari*, presentado por la parte peticionaria, Margarita Cotto Núñez, *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador
RES2024 _____